UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JAIME GONZALEZ CORTES,<br><br>        Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>        Defendant. | ED CV 12-01030-SH<br><br>JUDGMENT |

IT IS ADJUDGED IT IS ADJUDGED that the decision of the Commissioner reversed and remanded, pursuant to Sentence Four of 42 U.S.C. §405(g).

DATED: January 8, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE